

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2015

No. 04-13-00751-CR

Roland S. **PERKINS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5082
The Honorable Angus K. McGinty, Judge Presiding

# O R D E R

    Appellant has filed a motion asking to "discover" certain documents in the district clerk's file. Appellant is advised that this court's opinion with regard to his appeal issued November 26, 2014, and the mandate issued January 26, 2015. Accordingly, we no longer have jurisdiction over this matter. We must, therefore, **DENY** appellant's request for discovery.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court